IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED CONVEYOR AND MACHINERY INSTALLATION, LLC, | ) ) ) ) | Case No. 8:12CV165 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| ADAMS BUILDING COTRACTORS, INC., | ) ) ) | |
| Defendant. | ) ) | |

Upon notice of settlement given to the magistrate judge by Steven Davidson, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **October 25, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for October 1, 2012, is cancelled upon the representation that this case is settled.

Dated: September 25, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge